UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN D. ALLEMAN, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WHOLESALE CONNECTION CO., INC.,<br><br>　　　　　Defendant. | Case No. 05-cv-4205-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendant Wholesale Connection Co., Inc., in this case, are **DISMISSED without prejudice**.

**DATE: December 20, 2006**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans,  Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**　　　　　　　　
　　　　　　**J. PHIL GILBERT**
　　　　　　**U.S. District Judge**